JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PENA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO QUINTANA,<br><br>　　　　　Respondent. | Case No. CV 12-1295-GAF (SP)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 9, 2012

_____
　　HONORABLE GARY A. FEESS
　　UNITED STATES DISTRICT JUDGE